UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANKLIN CAPITAL FUNDING, LLC,

        Plaintiff,                                        Case Number 22-10947

v.                                                     Honorable David M. Lawson

AUSTIN BUSINESS FINANCE, LLC, and
MXT SOLUTIONS, LLC

        Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS AND GRANTING PLAINTIFF'S MOTION TO AMEND

This matter is before the Court on the defendants' motions to dismiss and the plaintiff's motion for leave to file an amended complaint. After reviewing the parties' submissions and hearing oral argument on November 21, 2022, the Court announced its decision from the bench, denied the defendants' motions to dismiss, and granted the plaintiff's motion to amend.

Accordingly, it is **ORDERED** that the defendants' motions to dismiss (ECF Nos. 16, 17) are **DENIED** for the reasons stated on the record.

It is further **ORDERED** that the plaintiff's motion for leave to file an amended complaint (ECF No. 30, 33) is **GRANTED**, and the plaintiff may file an amended complaint **on or before December 12, 2022**.

                                                            s/David M. Lawson
                                                            DAVID M. LAWSON
                                                            United States District Judge

Dated:  November 21, 2022